```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CASE NO.  1:11-CR-264 LJO |
| Plaintiff,         ) | 1:11-CR-258 AWI |
| v.         ) | 1:11-CR-259 AWI |
| NATHANIEL GRANADOS,         ) | 1:11-CR-261 AWI |
|         ) | 1:11-CR-269 LJO |
| Defendant(s).         ) | 1:11-CR-270 AWI |
|         ) | 1:11-MJ-161 SKO |
| _____ | NOTICE OF RELATED CASES |

Pursuant to Local Rule 83-123(a)(3)(4), the government hereby notifies the Court and opposing counsel that the above captioned cases are related and should be assigned to a single judge.  The cases arose out of same investigation.

August 25, 2011                         Respectfully submitted,


                                        BENJAMIN B. WANGER
                                        U.S. Attorney

                                    By:  /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

1