**EXHIBIT A**

```
ELIZABETH A. EGAN
DISTRICT ATTORNEY
John Tully SBN 247085
Deputy District Attorney
2220 Tulare Street, #1000
Fresno, California 93721
Telephone: (559)457-3141

ATTORNEY FOR PLAINTIFF
```

FILED

DEC 23 2011

FRESNO COUNTY SUPERIOR COURT
By_____

SUPERIOR COURT OF CALIFORNIA COUNTY OF FRESNO
CONSOLIDATED DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Plaintiff,<br><br>vs.<br><br>MUSTAFA MITCHELL,<br><br>         Defendant(s) | CASE NUMBERS:<br><br>Superior Ct. # F10902185<br><br>District Attorney # 2010F12867<br><br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO THE UNITED STATES MARSHAL, AND THE SHERIFF OF THE COUNTY OF FRESNO AND/OR HIS DESIGNATED AGENT(S):

It appearing to me from the attached declaration that Mustafa Mitchell, (DOB:          ) is a prisoner confined in federal custody at the Fresno County Jail and is needed for Sentencing on or about the 6th of January, 2012, in the Fresno County Superior Court, State of California, on the charge of 2nd Degree Burglary in violation of Section 459/460(b), Grand Theft of Personal Property in violation of Section 487(a), and Receiving Stolen Property in violation of Section 496(a) of the California Penal Code.

We command that you produce and deliver the body of the above named defendant now under the custody of the United States

Federal Marshal, at the Fresno County Jail, before the Fresno County Superior Court, State of California, Department 30, on the 6th of January 2012, at the hour of 1:30pm., and any subsequent dates as directed by the Court in connection with the above in order and any further proceedings against Mustafa Mitchell, (DOB: ) incident to the above may take place at said time and place.

The Sheriff of Fresno County and his designated agent(s) shall maintain care and custody of the inmate during the pendency of the State proceeding, deliver the inmate to the Superior Court as aforesaid and to any subsequent court appearances necessary in the prosecution of this matter until the conclusion of the State proceedings, the Sheriff and his designated agent(s) shall then return the defendant to federal custody. Compliance with the above shall be deemed sufficient compliance with this writ.

Dated this December 23, 2011, at Fresno, California

_JUDGE OF THE SUPERIOR COURT_

2