(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN  #117306**
   **NUTTALL COLEMAN & WILSON**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852

5  ATTORNEYS FOR  Defendant,
   MUSTAFA MITCHELL

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  * * * * * *

11  UNITED STATES OF AMERICA,         Case No.: 1:11-CR-000270 (AWI)

12  Plaintiff,
                                      **STIPULATION TO**
13  vs.                               **CONTINUE STATUS CONFERENCE**
                                      **AND**
14  MUSTAFA MITCHELL,                 **O R D E R**

15  Defendants.

17  **IT IS HEREBY STIPULATED** by and between the parties herein that the Status
18  Conference currently scheduled for January 17, 2012, at 9:00 a.m. be continued to **February 13,**
19  **2012,** at 9:00 a.m., before the Honorable Anthony W. Ishii.
20  This request is based upon the fact that counsel for Defendant, Mustafa Mitchell, is working
21  with the U.S. Attorney to resolve the case.  Counsel believes that a Status Conference at this point
22  would be unproductive.
23  Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly A. Sanchez and
24  she has no objection to this continuance.
25  The parties agree that time under the Speedy Trial Act be excluded under 18 U.S.C. §§
26  3161(h)(1)(D) and (7)(A).
27  ///
28  ///

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

Dated: January 12, 2012.					Respectfully Submitted,

							NUTTALL COLEMAN & WILSON

							/s/ MARK W. COLEMAN

							_____
							MARK W. COLEMAN
							Attorney for Defendant,
							JOSEPH NICHOLS


Dated: January 12, 2012.					UNITED STATES ATTORNEY'S OFFICE

							/s/ KIMBERLY SANCHEZ

							_____
							KIMBERLY SANCHEZ
							Assistant U.S. Attorney

\* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that the Status Conference currently scheduled on January 17, 2012, at 9:00 a.m. is continued to **February 13, 2012, at 9:00 a.m.** Time under the Speedy Trial Act is excluded through January 23, 2012 under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A). For the reasons set forth above, the continuance requested is granted for good cause and the court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Dated: January 13, 2012			_____
						CHIEF UNITED STATES DISTRICT JUDGE