BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00270 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR SCHEDULING OF CHANGE |
| v. ) | OF PLEA HEARING |
| ) | |
| MUSTAFA MITCHELL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Coleman, attorney for Mustafa Mitchell, that a status conference currently set for July 23, 2012 before the Honorable Dennis L. Beck, U.S. Magistrate Judge, at 1:00 p.m. be vacated.  The parties further request that the case be set for a ///
///
///
///
///
///
///

1

change of plea before the Honorable Anthony W. Ishii, Chief U.S. District Court Judge, on Monday, July 23, 2012 at 10:00 a.m.

Dated: July 19, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: July 19, 2012                    /s/ Mark Coleman
                                        MARK COLEMAN
                                        Attorney for Mustafa Mitchell

        IT IS SO ORDERED.

        Dated:  **July 19, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2