**MARK W. COLEMAN  #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
MUSTAFA MITCHELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MUSTAFA MITCHELL,<br><br>Defendants. | Case No.: 1:11-CR-000270 (AWI)<br><br>**STIPULATION TO**<br>**ADVANCE SENTENCING DATE**<br>**AND**<br>**O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for October 1, 2012, at 10:00 a.m. be **advanced** to **September 17, 2012, at 9:00** a.m., before the Honorable Anthony W. Ishii.

This request is based upon the fact that the parties have no objections to the Presentence Investigation Report.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly A. Sanchez, and U.S. Probation Officer, Nicole Wright, and neither has any objection to advancing the Sentencing.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by advancing the Sentencing for the above-stated purposes.

Dated: September 4, 2012.                    Respectfully Submitted,

                                                                     NUTTALL & COLEMAN

                                                                    /s/ MARK W. COLEMAN

                                                                    _____
                                                                    MARK W. COLEMAN
                                                                    Attorney for Defendant

| | | |
|---|---|---|
| 1 | Dated: September 4, 2012. | UNITED STATES ATTORNEY'S OFFICE |
| 2 | | /s/ KIMBERLY SANCHEZ |
| 3 | | |
| 4 | | KIMBERLY SANCHEZ<br>Assistant U.S. Attorney |

* * * * * * *

## ORDER

**IT IS ORDERED** that the Sentencing currently scheduled for October 1, 2012, at 10:00 a.m. be **advanced** to **September 17, 2012, at 9:00** a.m., before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:     September 4, 2012
CHIEF UNITED STATES DISTRICT JUDGE